### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JOHN THOMAS,

     Plaintiff,

v.                         CASE NO.:  8:17-cv-2494-VMC-TGW

COMENITY, LLC, d/b/a COMENITY BANK,

     Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     **COMES NOW** the Plaintiff, John Thomas, and the Defendant, Comenity, LLC, d/b/a Comenity Bank, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

     By:

/s/ William "Billy" Peerce Howard
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Attorney for Plaintiff

/s/Charles J. McHale, Esq.
Charles J. McHale, Esq.
Florida Bar No.: 0026555
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 6th, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

<u>/s/ William "Billy" Peerce Howard</u>
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Attorney for Plaintiff